Certificate Number: 05781-PAE-DE-029730056

Bankruptcy Case Number: 17-15177



05781-PAE-DE-029730056

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2017, at 3:38 o'clock PM PDT, George Tinges completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 14, 2017               By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President