Certificate Number: 05781-PAE-DE-029730057

Bankruptcy Case Number: 17-15177


05781-PAE-DE-029730057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2017, at 3:38 o'clock PM PDT, Doris Tinges completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 14, 2017                By:   /s/Allison M Geving

                                       Name:   Allison M Geving

                                       Title:   President