# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  George Herbert Tinges III<br>         Doris Rae Tinges aka Doris Rosanio<br>                              Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns<br>                              Movant<br>          vs. | NO. 17-15177 JKF |
| George Herbert Tinges III<br>Doris Rae Tinges aka Doris Rosanio<br>                              Debtor | |
| Frederick L. Reigle Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **December 1, 2017** document No. 15.

                                                Respectfully submitted,

                                                **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                rsolarz@kmllawgroup.com
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322

January 4, 2018