## UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| **In re:**<br>George Herbert Tinges, III<br><br>Doris Rae Tinges | **Case No.:** 17-15177<br><br>**Chapter:** 13 |

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  10

Now comes JPMorgan Chase Bank, National Association, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 10/29/2019. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

/s/Caryn Barron

Vice President

JPMorgan Chase Bank, N.A.

Chase Records Center Attn: Correspondence Mail

700 Kansas Lane, Mail Code LA4-5555

Monroe LA 71203

866-243-5851

PCN_Escalations@chase.com

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13  No. 17-15177
Judge: Jean K. FitzSimon

In re:

George Herbert Tinges, III & Doris Rae Tinges

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 08, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:       By U.S. Postal Service First Class Mail Postage Prepaid

George Herbert Tinges, III
153 N. Middletown Street

Media PA 19063

By U.S. Postal Service First Class Mail Postage Prepaid

Doris Rae Tinges
153 N. Middletown Street

Media PA 19063

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid

STANLEY E. LUONGO, JR.
Luongo Bellwoar LLP
126 West Miner Street

West Chester PA 19382

By U.S. Postal Service First Class Mail Postage Prepaid

STANLEY E. LUONGO, JR.
Luongo Bellwoar LLP
126 West Miner Street

West Chester PA 19382

Trustee:       By U.S. Postal Service First Class Mail Postage Prepaid

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading PA 19606

/s/Caryn Barron

Vice President

JPMorgan Chase Bank, N.A.