United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15177-jkf
George Herbert Tinges, III                                          Chapter 13
Doris Rae Tinges
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2            Date Rcvd: Jan 08, 2020
                            Form ID: pdf900         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.
```
db/jdb         +George Herbert Tinges, III,   Doris Rae Tinges,    153 N. Middletown Street,
                 Media, PA 19063-4542
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    c/o KEVIN S. FRANKEL,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14023270        CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13960076       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,   Processing Center,   Des Moines, IA 50364-0500)
14017848        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13960064       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13960065       +Chase Bank USA,   P.O. Box 15298,   Wilmington, DE 19850-5298
13960066       +Chase Home Finance,   3415 Vision Drive,   Attention: Bankruptcy Department,
                 Columbus, OH 43219-6009
13960067        Citibank/Sears,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13960070       +Credit Control LLC,   P.O. Box 31179,   Tampa, FL 33631-3179
13960072       +Fashion Bug,   777 South State Road 7,   Margate, FL 33068-2803
13960075       +Hilltop I,   c/o CAMCO Management Company,   511 West Chester Pike,   Havertown, PA 19083-4533
13967186       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
                 710 Market Street, Suite 5000,   Philadelphia, PA 19106-2312
14409869       +JPMorgan Chase Bank, National Association,   c/o Kevin S. Frankel, Esquire,
                 Shapiro & DeNardo, LLC,   3600 Horizon Drive,   King of Prussia, PA 19406-4702
14014372       +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
                 Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13960078       +Kelly Lewis,   5200 Hilltop Drive, Unit E15,   Brookhaven, PA 19015-1263
13960080        Lane Bryant (WFNNB),   P.O. Box 1824125,   Columbus, OH 43218
13960083       +MRS Associates,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
13960081       +Macy's,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
13960084       +PNC Bank,   Attn: Customer Service Research,   B6-YM07-01-7,   P.O. Box 1820,
                 Dayton, OH 45401-1820
13960086       +Progressive Financial Services, Inc.,   1209 4th Avenue, South Dept. PRO,
                 Nashville, TN 37210-4107
13960087       +QCS,   P.O. Box 4699,   Petaluma, CA 94955-4699
13960090       +United Collection Bureau, Inc.,   P.O. Box 140310,   Toledo, OH 43614-0310
13960091       +United Recovery,   P.O. Box 1184,   Langhorne, PA 19047-6184
13960092       +Zales,   P.O. Box 183105,   Columbus, OH 43218-3105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:49    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:26
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:15:45    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13960062       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:15:35    CACH LLC,
                 Attention: Bankruptcy,   4340 South Monaco St.  2nd Floor,   Denver, CO 80237-3485
13960063        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2020 03:15:17
                 Capital One Bank (USA), N.A.,   Bankruptcy Claims Servicer,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13960068        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 09 2020 03:14:20    Comenity Bank,
                 Attn: Correspondence,   P.O. Box 18214,   Columbus, OH 43218
13960069        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 09 2020 03:14:20    Comenity Bank,
                 P.O. Box 18279,   Columbus, OH 43218
13960071       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 09 2020 03:14:20    Dress Barn,
                 P.O. Box 659704,   San Antonio, TX 78265-9704
13960077       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:15:15    JC Penney,   P.O. Box 965009,
                 Orlando, FL 32896-5009
13960079       +E-mail/Text: bncnotices@becket-lee.com Jan 09 2020 03:14:15    Kohl's,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13960082       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2020 03:14:36    MCM,
                 2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
14011828       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2020 03:14:36    MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
13960085        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:49
                 Portfolio Recovery Associates, LLC,   120 Corporate Boulevard,   Norfolk, VA 23502
13994397        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:32
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13961388       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:48
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Jan 08, 2020
                               Form ID: pdf900            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14019708          E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2020 03:14:21
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13960089         +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:15:16      Synchrony Bank,    P.O. Box 960061,
                   Orlando, FL 32896-0061
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13960088*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sears,    P.O. Box 183082,    Columbus, OH 43218-3082)
13960073       ##+First Step Group, LLC,    6300 Shingle Creek Parkway, Stuie 220,    Minneapolis, MN 55430-2162
13960074       ##+Hennessey and Hennessy,    917 Old Fern Hill Road, Suite 200,    West Chester, PA 19380-4250
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
```
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Doris Rae Tinges
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor George Herbert Tinges, III
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| GEORGE HERBERT TINGES, III | |
| DORIS RAE TINGES | Bankruptcy No. 17-15177-JKF |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 8, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE