| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-15177-AMC

GEORGE HERBERT  TINGES, III
DORIS RAE  TINGES
153 N. MIDDLETOWN STREET
MEDIA  PA    19063

Petition Filed Date: 07/31/2017
341 Hearing Date: 09/15/2017
Confirmation Date: 02/01/2018

Case Status: Dismissed After Confirmation on 1/ 8/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $1,163.83 | 4675375 | 02/28/2019 | $1,163.83 | 4675300 | 03/26/2019 | $1,163.83 | 4776711 |
| 04/24/2019 | $1,163.83 | 4776766 | 05/24/2019 | $1,163.83 | 4776427 | 06/26/2019 | $1,163.83 | 4776506 |
| 07/23/2019 | $1,163.83 | 4776582 | | | | | | |

**Total Receipts for the Period: $8,146.81    Amount Refunded to Debtor Since Filing: $7.89  Total Receipts Since Filing: $29,419.67**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | HILLTOP I<br>»» 009 | Secured Creditors | $17,018.10 | $17,018.10 | $0.00 |
| 14 | CACH, LLC<br>»» 014 | Unsecured Creditors | $10,993.73 | $2,266.42 | $8,727.31 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $2,992.12 | $616.83 | $2,375.29 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 010 | Mortgage Arrears | $131.65 | $131.65 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $6,265.39 | $1,291.63 | $4,973.76 |
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $119.52 | $16.75 | $102.77 |
| 13 | MOMA FUNDING LLC<br>»» 013 | Unsecured Creditors | $615.01 | $126.77 | $488.24 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $658.37 | $135.76 | $522.61 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $6,913.12 | $1,425.15 | $5,487.97 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $4,098.17 | $844.83 | $3,253.34 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $6,518.59 | $1,343.83 | $5,174.76 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $4,258.73 | $877.94 | $3,380.79 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $1,452.34 | $299.41 | $1,152.93 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,721.39 | $561.01 | $2,160.38 |
| 0 | GEORGE HERBERT  TINGES, III | Debtor Refunds | $7.89 | $7.89 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $29,419.67 | Current Monthly Payment: | $1,163.83 |
| Paid to Claims: | $26,963.97 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,455.70 | Total Plan Base: | $71,317.55 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.